# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN-WILLIAM:STRUSS, Beneficiary, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| NEBRASKA FURNITURE MART, | ) | |
| | ) | |
| Defendant. | ) | |

TO: PLAINTIFF AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA:

Defendant Nebraska Furniture Mart ("NFM"), through counsel, hereby removes the above-captioned action from the County Court of Douglas County Nebraska, Small Claims Department,[1] to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and respectfully files this Notice of Removal, stating:

1. NFM received a copy of the initial pleading, titled Plaintiff's Notice of Claim and Notice to Defendant (Small Claims Court) (the "Complaint"), on December 13, 2024. See Exhibit B (USPS tracking information).

2. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after service of a copy of the Complaint.

3. Removal of this action is proper because the Complaint presents a federal question over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

4. Although somewhat difficult to decipher, the "Ad[d]endum" to the Complaint purports to allege "multiple violations of the FCRA[2] and state laws." The Complaint also

---

[1] The Small Claims Department of the County Court is alternatively referred to as the "Small Claims Court." *See* Neb. Rev. Stat. § 25-2801.
[2] *See* 28 U.S.C. § 1681 *et seq.*

references "[v]iolations of the FCRA/FACTA,[3] due process rights, and business codes and professions statutes, regarding (NPI), non public information." It references several federal statutes, including but not limited to "Dodd Frank act,[4] Graham leach Blileyact, Ferpa act/Family act,[5] also see TILA.[6]" It also references "RICO."[7] (The quoted material in this paragraph is reproduced as in the Complaint, with the exception of the addition of the citations in the footnotes and any changes indicated with brackets.)

5. This Court has supplemental jurisdiction over the state law claims that are referenced in the Complaint as they appear to be part of the same case or controversy under Article III of the United States Constitution.

6. A true and correct copy of all documents on file with the County Court of Douglas County, Nebraska, is attached hereto as Exhibit A.

7. Notice of Removal will be provided to the County Court of Douglas County, Nebraska. A copy of the Notice of Removal of Action to Federal Court that will be filed is attached hereto as Exhibit C.

8. To the fullest extent allowed by law, NFM reserves all rights, including defenses, and objections to this action, including defenses and objections as to the appropriate forum, jurisdiction, and service. The filing of this notice of removal is subject to and does not waive, any such defenses and objections. NFM further reserves the right to amend or supplement this notice of removal.

---

[3] *See* Pub. L. 108-159.
[4] *See* Pub.L. No. 111–203, 124 Stat. 1376 (2010) (codified in various sections of Titles 7, 12, and 15 U.S.C.).
[5] *See* 20 U.S.C. § 1232g.
[6] *See* 15 U.S.C. §§ 1601 *et seq.*
[7] *See* 18 U.S.C. § 1961 *et seq.*

WHEREFORE, Nebraska Furniture Mart requests that the above-entitled action pending against it in the County Court of Douglas County, Nebraska, Small Claims Department, be removed to this Court.

DATED this 20th day of December, 2024.

                                          NEBRASKA FURNITURE MART, Defendant

By: */s/ Jarrod D. Reece*
     Jarrod D. Reece, #24800
     Likes Meyerson Hatch LLC
     444 Regency Parkway Drive, Suite 100
     Omaha, NE 68114
     Telephone: (402) 506-4600
     jreece@lmhlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of December, 2024 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which sent electronic notification of such filing to all CM/ECF participants.

The undersigned further certifies that a true and correct copy of the foregoing document was sent by ordinary United States mail, first class postage prepaid, on 20th day of December, 2024, to the following:

  Kevin-William:Struss
  1280 E. 9th Street
  Colby, KS 67701

                                          */s/ Jarrod D. Reece*
                                           Jarrod D. Reece