Nebraska State Court Form
REQUIRED
Ch. 6, Art. 14, App.1
Eff. 07/2024 CC 4:1



**Exhibit**

**A**

IN THE COUNTY COURT OF _____ COUNTY, NEBRASKA

COUNTY                                              Choose the county

Kevin-williom:Struss Beneficary
1280 East 9th Street
Colby Ks 67701
785-462-0424/Kstruss232@gmail.com

Plaintiff

Street Address/P.O. Box Number

City/State/ZIP Code

Telephone                    E-mail Address

Case No. **SC-24-595**

**PLAINTIFF'S CLAIM AND NOTICE TO DEFENDANT**
**(Small Claims Court)**

VS.

Nebraska Furniture Mart
700 S 72nd St
Omaha, NE 68114

Defendant

Street Address/P.O. Box Number

City/State/ZIP Code

Telephone                    E-mail Address

FILED
CIVIL/SMALL CLAIMS DIVISION

SEP 27 2024

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

Plaintiff states that defendant(s) owe(s) and should be ordered to pay to me the sum of $6000.00 and costs of this action, or return the property valued at $_____ and costs of this action because on _____ at _____

SEE Attachments + Adendum

Plaintiff declares that the defendant(s) is (are) not a "person in the military service of the United States" as defined in Sec. 101 of the Soldiers Relief Act, 1940.

I have filed ___0___ small claims this week, and ___1___ within the current calendar year.

I elect to have the notice served upon the defendant(s) by:  ☐ sheriff
☐ constable    ☐ process server    ☑ certified mail restricted delivery

DATE: _____

PLAINTIFF'S SIGNATURE: Kevin-william: Struss Benficary

```
003280495C01
```

SC-24-595

## NOTICE TO DEFENDANT

This claim has been filed against you.

You must appear before the _Douglas_ County Court located at: _1819 Farnam st    Omaha. NE 68193_ on _Jan 22, 2024_ at _10:30 A_.m.  If you do not appear, a judgment will be entered against you, together with costs of this action. You should read the information on the back of this claim notice. If you have any questions about the procedure, you may contact the clerk of the court in person or by calling: _402-444-5424_.

(phone number)

DATE: _Sept. 27. 2024_

BY THE COURT:

_Donna R Peterson Hebrew_

Clerk

(Seal)

Appendix 1 (Neb. Ct. R. – Chapter 6, Article 14)

## Adendum

Plaintif fbrings this complaint because of multiple violations of the FCRA and state laws, including falsely reporting my personal consumer transactions, as credit transactions. Violations of the FCRA/FACTA, due process rights, and business codes and professions statutes, regarding (NPI), non public information. The FCRA is reinforced by Congress numerous acts, Dodd Frank act, Graham leach Blileyact, Ferpa act/Family act,also seeTILA, whereas these acts give no rise to acause of action, all are instrumental in emphasizing consumers/individualsright to *privacy* in theirpersonal consumer transactions.Congress, Public Law 108-159 117 STAT.1986, strengthened consumers privacy rights, mandating in Section 217(a)(7)(A)(i) "financial institution *shall*provide a notice of such furnishing of furnishing of negative information, in writing to the customer", 30 days before or after reporting of any such,negative information, ignored by defendant.

It is noted, that CRAs, 15 UScode1681(3), agencies have "no authority", in law, and have *assumed* a position of authority, in consumers personal affairs and all reporting is *voluntarily,* 15USC 1681 (2)(A), 15 US code 1681b(a)(1), (2).

15 US code 1681n, civil liability for willful non-compliance, 15 us code 6802

Defendants willful/reckless actions, & violations of due process laws have led to slander/defamation of character,/trespass, emotional distress, damaging plaintiffs' ability to "contract" resulting in multiple discriminatory denial of credit extensions. Reporting such negative information as factual, willful knowingly/(misleading), (a piece of paper with a number on it is not),or **evidence** of debt or"late payment "see44 words and phrases Pem Ed. 138, page 12., when *in fact*this is an *alleged*late payment,or debt, false and misleading,**fraud,**thus false claim. All reporting without a court order/my written instructions, is thus hearsay, reporting of such tradelines, as if accurate, with no such evidence of, false claim/no veracity,inCalif rules of evidence, on hearsay and admissibility of.

Reporting/furnishing to agencies of no authority, with no court order without my *written* consent is thus ultra-vires, criminal, RICO based crime/aggravated identity theft/characterassassination.

Consumer notices said court this alleged late payment(s), has

never been verified or validated, by ME.
Plaintiff notices Courts of willful/reckless predatory business
practices, laws on the book, over 50 years, defendant knew or
should have known, "ignorantia of the law, is no excusata",
violations of these lawscould bring much financial
stress,hardship,emotional damage, causing*irreparable* harm.
Plaintiff seeks for defendantsdefiant, reckless willful, egregious,
unconscionable conduct, i.e.Calif. business and professions
code, (17200),wasted time, energy and money, years of writing
this defendant, no remedy. Plaintiff demands immediate deletion
of negative tradeline, and maximum award as allowed in this
said of (limited) jurisdiction.

**Thanking you in advance**

# SMALL CLAIMS COURT

Additional forms for Small Claims Court are available online at http://supremecourt.ne.gov and additional information about Small Claims Court is available at https://supremecourt.nebraska.gov/self-help/small-claims or from the county court.

The Small Claims Court provides a method of settling legal disputes involving claims for $6,000 or less. Court procedure is informal and without a jury. You cannot be represented by an attorney in Small Claims Court; however, you are allowed to seek an attorney's advice about your case.

For assistance in resolving the dispute out of court, Nebraska has six court-approved mediation centers across the state to assist individuals with settling disputes outside of the court system. Contact information for Nebraska Office of Dispute Resolution approved mediation centers can be found at https://supremecourt.nebraska.gov/programs- services/mediation/odr-approved-mediation-centers In some cases, mediation is offered before the case is heard by a judge. Court staff will inform you if this option is available in your county.

The person making the claim is known as the plaintiff. The other party is the defendant. Small Claims cases can be filed in the county where the defendant lives or does business or in the county where the legal dispute occurred. No one may file more than two complaints in a calendar week or more than ten complaints in a calendar year. The plaintiff fills out the claim form and files it with the court clerk. The clerk sets a date for trial. The plaintiff decides how the notice will be served and is responsible for service. The filing fee and service fees are paid in advance by the plaintiff. If the plaintiff wins, these costs are added to the judgment which the defendant must pay.

The plaintiff and defendant must appear in the court at the time shown on the notice. If the defendant does not appear, a judgment will be entered against him or her. If the parties are not able to appear at the time set for trial, he or she should notify the court clerk in writing as soon as possible and explain why. The court may continue the trial to a later date if there is a good reason. Mere inconvenience is never considered sufficient. The defendant has the right to file a counterclaim or setoff. Both filing and service upon the plaintiff must be completed at least two days prior to the time of trial. In a counterclaim, the defendant says that the plaintiff is at fault rather than the defendant. In a setoff, the defendant says he or she may owe something, but that the plaintiff also owes something. If the amount of the counterclaim or setoff exceeds $6,000, the case will be transferred to regular civil docket and handled with a regular civil lawsuit. The defendant may request that the case be transferred out of the Small Claims Court to the regular

civil docket by filing and serving a notice of transfer at least two days prior to the time of trial. A transfer fee must be paid upon filing either the transfer to the regular docket or a counterclaim in excess of $6,000. Forms for the transfer or counterclaim or setoff are available online or at the county court.

If the claim/case is settled or paid prior to the trial, the court must be notified in writing so the trial can be canceled. This is usually done by the plaintiff.

At the trial, both the plaintiff and the defendant may have witnesses to support their positions. If a witness is unwilling to appear voluntarily, or to provide evidence, the parties may request a subpoena (order to appear) or subpoena duces tecum (order to produce documents). The subpoena must be requested, paid for, issued, and served before the court date. Parties may also present other evidence, for example, contracts or canceled checks. It is the responsibility of the person filing the case to prove the case and the amount due.

If either party is not satisfied with the judge's decision, the party may, within 30 days of the judgment, appeal to the district court. When filing an appeal, the fees include a district court filing fee, an appeal bond, and costs for the copying of the file (transcript of pleadings) and the typed record of the court proceedings (bill of exceptions). If you wish to stop collection of the judgment during the appeal process, a supersedeas bond should be filed with the court in the amount of the judgment and costs. Once the case is appealed and in the district court, the record of the small claims court will be reviewed for error. Additional information for this process is also found on the Supreme Court Web site.

If a party did not appear at the trial, a default judgment will be entered by the judge. A party may appeal such default judgment to the district court as noted in the paragraph above. If a party wishes to contest a default judgment with a motion for new trial, the motion can be filed within 10 days or less of the default judgment. If more than 10 days have passed since the entry of the default judgment, the court may set aside, vacate, or modify the default judgment as provided in § 25-2720.01.

It is the duty of the party who wins the case to collect the judgment--the property or money which the judge has granted to him or her. If the losing party does not voluntarily pay or agree to pay the judgment awarded, the party winning the lawsuit will have to start collection procedures.

An attorney can help you with postjudgment processes, including appeals, motions for new trial, or to set aside, vacate, or modify a default judgment and collection of the judgment.

Appendix 1 (Neb. Ct. R. – Chapter 6, Article 14)

Appendix 4 amended April 24, 2013; amended January 22, 2015; amended June 24, 2015, effective July 1, 2015; amended August 23, 2018; amended June 12, 2019, effective August 31, 2019; amended June 24, 2020, effective July 1,2020; amended October 28, 2020, effective November 14, 2020; amended and renumbered to Appendix 1 October 27, 2021, effective January 1, 2022; amended January 12, 2022.

Ch. 6, Art. 14, App.1
Eff. 01/2022 CC 4:1                    Page 3 of 3          Plaintiff's Claim and Notice to Defendant

Douglas County Court
Civil/Small Claims Division
1819 Farnam St.
Room F03
Omaha, NE 68183   (402) 444-7452

You have expressed an interest in filing a claim with the Douglas County Court Small Claims Division.

Please keep in mind the following:  The pamphlet gives you all the information the court can legally provide to you regarding procedures.

The amount you are requesting may not exceed the jurisdictional limit of $6,000.00, There is no minimum amount in Small Claims Court.

You may only file two Small Claims per week and only 10 Small Claims Per Year.

The Person or company that you are planning to sue must either be located in Douglas County or the incident must have taken place in Douglas County in order to file with our court.
Please note if you file a Small Claims In Douglas County on someone who is
Located in another County or State and you win judgment in Douglas County you may have to
Transfer your judgment to the other County or State in order to collect. THE COURT DOES NOT DO ANY COLLECTING FOR YOU ON A JUDGMENT, YOU HAVE TO FIND OUT WHERE THE PERSON WORKS OR BANKS WE DO NOT DO THAT FOR YOU.

 If this is due to a Motor Vehicle Accident, you <u>MUST</u> have the defendants' full name and date of birth or Driver's License Number AND COMPLETE ADDRESS OF WHERE THE ACCIDENT OCCURRED in order for the court to revoke the defendants' drivers' license due to non-payment of Judgment.

    The following fees are required in small claims cases:
    Filing Fee For A Small Claims Case...............................$31.00
    Certified Mail Service Return Receipt Required will be handled by you, not the court office.
    Our office will provide you with a sheet which explains the procedures for
    sending out the Certified Mail along with a certification for the return of service
    /green card to be attached and filed with us, this fee is decided at the post office.

    For the estimate of cost of  Service by the Constable to a defendant in Douglas County, ONLY:  contact the Constable's Office at (402) 444-5436 for the total amount charged for service.  Payment of the Constable Fee's may be by Check or Money Order and they MUST be made PAYABLE TO: The Constable—NOT THE COURT OR CASH PAYMENT IS ACCEPTED IN OFFICE.
    For the cost of  Service by the Sheriff to a defendant in Douglas County or Another County/State: Contact the Sheriff's Office of that county/state in which service will be made/where the defendant is located regarding procedures and costs.  Douglas County Sheriff Dept (402)599-2600, 1616 Leavenworth St., Omaha, NE  68102, You will be responsible for delivering the summons to a Sheriffs Office In and outside of Douglas County.
    REMINDER:
        You MUST appear in person for the trial date.  If Filing by mail please provide a Self Addressed Stamped Envelope so we may inform you of the court date.  ALSO: If any party needs an interpreter notify the court immediately to reduce the chance of a continuance of the originally assigned court date.

**You are acting as your own attorney therefore it is strictly your responsibility to keep track of your case.**
**The Court will not contact you, if you have any questions you may call 444-7452.**

September 23, 2024

Kevin – William; Struss beneficiary
1280 E. 9th St.
Colby KS 67701

Your honor I live in Colby, Kansas and I would like to have a zoom or teleconference. Thank you for your time on this matter.

Signature

*Kevin-william's Struss, Beneficiary*

FILED
CIVIL/SMALL CLAIMS DIVISION

SEP 2 7 2024

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

003284258C01   Page 7 of 7